FILED:  August 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2014 (L)
(6:08-cv-01208-JMC)

UHLIG LLC

        Plaintiff - Appellee

 and

COX CUSTOMMEDIA INC.

        Intervenor/Plaintiff

v.

JOHN ADAM SHIRLEY; PRISM CONTENT SOLUTIONS LLC

        Defendants - Appellants

 and

JOHN DOE; JANE DOE; TODD BALDREE; L1 HOLDINGS INC.; L1
TECHNOLOGY LLC; L1 LAND LLC; AMANDA DORSEY; JEREMY
RICHARDSON; NATHAN HOLMAN; JENNIFER CLARK; EVENTELOPE
LLC

        Defendants

_____

# O R D E R

_____

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof response/reply brief due: 09/12/2013

Appendix due: 09/30/2013

Opening brief, response brief, and any reply brief in final form due: 10/15/2013.

 Any further request for an extension of time shall be disfavored.


For the Court--By Direction

/s/ Patricia S. Connor, Clerk